UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

UNITED STATES OF AMERICA

versus                                CASE NO. 3:06CR30008-02

RICARDO GALLEGOS

## ORDER APPOINTING INTERPRETER

The Court, having been satisfied that the following individual has the qualifications necessary to serve as an interpreter in this matter, it is hereby ORDERED that:

ALVIN ROSENOW

be appointed as interpreter to assist in the arraignment and all other ancillary proceedings to be held in this matter. Compensation for these services shall be paid by the Government. This appointment is made pursuant to Rule 28 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED. THUS DONE AND SIGNED at Monroe, Louisiana, this 11TH day of April, 2006.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE